**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____     Chapter    **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Flagship Resort Development Corporation** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  CLUB BOARDWALK RESORTS** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **65-0431067** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **60 N Maine Avenue**<br>**Atlantic City, NJ 08401**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Atlantic**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | <br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.clubboardwalkresorts.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Flagship Resort Development Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **Flagship Resort Development Corporation** | Case number (*if known*) |
|---|---|---|
| | Name | |

| List all cases. If more than 1,<br>attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

◼ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Flagship Resort Development Corporation** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 10, 2025**
MM / DD / YYYY

**X /s/ Cherie Parks**
Signature of authorized representative of debtor

**Cherie Parks**
Printed name

Title   **Chief Financial Officer**

---

**18. Signature of attorney**

**X /s/ Warren J. Martin Jr.**
Signature of attorney for debtor

Date **May 10, 2025**
MM / DD / YYYY

**Warren J. Martin Jr.**
Printed name

**Porzio, Bromberg & Newman, P.C.**
Firm name

**100 Southgate Parkway**
**Morristown, NJ 07962**
Number, Street, City, State & ZIP Code

Contact phone   **973-538-4006**      Email address   **wjmartin@pbnlaw.com**

**021671986 NJ**
Bar number and State

---

**FLAGSHIP RESORT DEVELOPMENT CORPORATION**
**RESOLUTIONS OF THE**
**BOARDS OF DIRECTORS**

**May 7, 2025**

The members of the Board of Directors ("Board") of Flagship Resort Development Corporation, a New Jersey corporation, (hereinafter referred to as the "Corporation") hereby unanimously consented to, approved, and adopted the following resolutions at a meeting of the Board held on May 7, 2025.

**WHEREAS**, the Board has reviewed and considered the financial and operational condition of the Corporation and the Corporation's business on the date hereof, including the historical performance of the Corporation, the assets of the Corporation, the current and long-term liabilities of the Corporation, the market for the Corporation's assets, and credit market conditions; and

**WHEREAS**, the Board has received, reviewed and considered the recommendations of the senior management of the Corporation and the Corporation's legal, financial, and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

**WHEREAS**, the Board previously established a special committee of the Board (the "Restructuring Committee") consisting of two independent directors, Mr. James Casey and Mr. Jay Korn, to assess each of the foregoing matters and provide recommendations to the Board for approval based on its independent analysis; and

**WHEREAS**, the Restructuring Committee has completed its independent analysis and has delivered its recommendation and direction to the Board that it adopt the resolutions as further set forth herein regarding the subject matter hereto,

**WHEREAS**, the Board adopts the following resolutions:

**NOW, THEREFORE, BE IT**:

**Commencement and Prosecution of Bankruptcy Cases**

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other interested parties, that a voluntary petition (the "Petition") be filed by the Corporation in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") commencing case (the "Chapter 11 Case") under the provisions of chapter 11 of the Bankruptcy Code; and it is further

**RESOLVED**, that each officer of the Corporation, including Mr. James Casey, the Chairman of the Restructuring Committee, and Chief Financial Officer, Ms. Cherie Parks  (each,

8092575

Docusign Envelope ID: A9829C8A-A3C5-4838-BFB8-543F558E0731

an "Officer" and collectively, the "Officers"), be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of the Corporation, to execute, acknowledge, deliver, and verify the Petitions and to cause the same to be filed with the Bankruptcy Court at such time as such Officer may determine; and it is further

RESOLVED, that the Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, from time to time in the name and on behalf of the Corporation, to perform the obligations of the Corporation under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Officer performing or executing the same shall approve, and the performance or execution thereof by such Officer shall be conclusive evidence of the approval thereof by such Officer and by the Corporation; and it is further

RESOLVED, that the Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered from time to time in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions, as in the judgment of such Officers, shall be necessary, proper, and desirable to prosecute to a successful completion the Chapter 11 Case and to effectuate the restructuring or liquidation of the Corporation's debt, other obligations, organizational form and structure, and ownership of the Corporation, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of these resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

## Retention of Professionals

RESOLVED, that the law firm of Porzio, Bromberg & Newman, P.C. ("Porzio") be, and hereby is, authorized, directed, and empowered to represent the Corporation as restructuring and general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights, including the preparation of pleadings and filings in the Chapter 11 Cases; and in connection therewith, the Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Corporation to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the Bankruptcy Cases, and to cause to be filed an appropriate application for authority to retain the services of Porzio; and it is further

RESOLVED, that Kroll Restructuring Administration LLC ("Kroll") be, and hereby is, authorized, directed, and empowered to serve as the notice, claims, solicitation, balloting, and administrative agent in connection with the Bankruptcy Cases; and in connection therewith, the Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Corporation to execute appropriate retention agreements, pay appropriate retainers, if required, prior to the filing of the Bankruptcy Cases, and

to cause to be filed an appropriate application for authority to retain the services of Kroll; and it is further

 **RESOLVED**, that the Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Corporation to employ any other individual and/or firm as professionals, consultants, financial advisors, or investment bankers to the Corporation as are deemed necessary to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Corporation to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the Bankruptcy Cases, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

## Post-Petition Financing

 **RESOLVED**, that the Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Corporation, to obtain post-petition financing according to terms negotiated, or to be negotiated, by the management of the Corporation, including under debtor-in-possession credit facilities or relating to the use of cash collateral, if any; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, the Officers be, and each of them, acting alone or in any combination, hereby is authorized, directed, and empowered to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents; and it is further

 **RESOLVED**, that the Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Corporation, to secure the payment and performance of any post-petition financing by (i)(a) pledging or granting liens or mortgages on, or security interests in, all or any portion of the Corporation's assets, whether now owned or hereafter acquired, and (b) causing any subsidiary of the Corporation, if any, to pledge or grant liens or mortgages on, or security interests in, all or any portion of such subsidiary's assets, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into, including, without limitation, causing any subsidiaries of the Corporation to enter into, such credit agreements, guarantees, other debt instruments, security agreements, pledge agreements, control agreements, inter-creditor agreements, mortgages, deeds of trust, and other agreements as are necessary, appropriate, or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate, or desirable by the Officer executing the same, the execution thereof by such Officer to be conclusive evidence of such approval or determination; and it is further

## Sale

 **RESOLVED**, that the Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Corporation,

Docusign Envelope ID: A9B29C3A-A3C5-4888-BFB8-543F558E0731

to commence the marketing for sale of the Corporation's business or assets and pursue negotiations with any interested parties regarding one or more sales of such business or assets pursuant to section 363 of the Bankruptcy Code or otherwise, in each case subject to further authorization of the Board, of any such sale; and it is further

**General Resolutions**

      **RESOLVED**, that all actions heretofore taken, and all agreements, instruments, reports, and documents executed, delivered, or filed through the date hereof, by any Officer of the Corporation in, for and on behalf of the Corporation, in connection with the matters described in or contemplated by the foregoing resolutions, are hereby approved, adopted, ratified, and confirmed in all respects as the acts and deeds of the Corporation as of the date such action or actions were taken; and it is further

      **RESOLVED**, that all such other acts or things which would cause the transactions contemplated by these resolutions to be consummated and performed be, and hereby are, authorized, approved and adopted; and it is further

      **RESOLVED**, that this unanimous written consent of the Board may be executed in multiple counterparts, each of which shall be considered an original and all of which shall constitute one and the same instrument; and it is further

      **RESOLVED**, that the executed copy of this unanimous written consent of the Board shall be filed with the minutes of the proceedings of the Board.

      **RESOLVED,** that the Officers be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to cause the transactions contemplated by these resolutions to be consummated and performed in the manner provided therein and from time to time to do, or cause to be done, all such other acts or things, and to execute and deliver all such agreements, instruments, certificates and other documents, and to affix and attest thereto, or cause to be done affixed and attested thereto, the corporate seal of the Corporation as any Officer shall deem in its sole discretion desirable to carry out the purposes and intents of any of the foregoing resolutions.

[End of text signature page to follow]

**IN WITNESS WHEREOF**, the undersigned have executed this Action by Unanimous Written Consent effective as of the date set forth above. This Action by Unanimous Written Consent may be executed in more than one counterpart (or which may be provided by electronic transmission), each of which shall be deemed original, but all of which together shall constitute one and the same instrument.

**DIRECTORS:**

*James Casey*
_____
JIM CASEY

*Cherie Parks*
_____
CHERIE PARKS

*Jay Korn*
_____
JAY KORN

*Tracy Good*
_____
TRACY GOOD

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Flagship Resort Development Corporation** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AEGIS TRUST COMPANY LLC 7200 HIGHWAY 278 NE, STE 205 Covington, GA 30014** | **Attn: Robert Lesser/Ginny Machamer** **relesser@aegistrust.com; gmachamer@aegistrust.com** | **Trustee of ESOP Trust** | | | | $3,000.00 |
| **ALICEA CASTELLANOS, ET AL. C/O ANDREW M. MILZ FLITTER MILZ, PC 1814 EAST RT 70, SUITE 350 CHERRY HILL, NJ 08003** | **Attn: Andrew M. Milz, Esq. and Joe Solseng, Esq.** **amilz@consumerslaw.com; solseng@sgb-law.com** | **Litigation** | **Contingent, Disputed, Unliquidated** | | | Unliquidated |
| **CONCORD SERVICING LLC PO Box 78843 Phoenix, AZ 85062-8843** | **Attn: Marc Nunes** **mnues@concordservicing.com 480-636-3377** | **Vendor** | **Disputed** | | | $63,607.05 |
| **COOPER LEVENSON 1125 ATLANTIC AVENUE ATLANTIC CITY, NJ 08401** | **Attn: Natalie Flynn** **nflynn@cooperlevenson.com 609-572-7322** | **Legal Fees** | | | | $235,468.61 |
| **ERWIN J LYONS& ASSOCIATES LLC 125 GARNETT LANE Egg Harbor Township, NJ 08234** | **Attn: Erv** **printerv@hotmail.com 215-990-536** | **OFFICE SUPPLIES** | | | | $2,398.28 |

| Debtor | **Flagship Resort Development Corporation** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **EXPERIAN P.O. Box 841971 Los Angeles, CA 90084-1971** | **Attn: Josh Cosela** invoices@experian .com 800-695-4698 | **CREDIT BUREAU** | | | | **$5,628.86** |
| **FEDWAY PO BOX 651 Basking Ridge, NJ 07920** | **Attn: Michelle Volgeman** invoices@fedway.c om 609-442-2208 | **Food and Beverage** | | | | **$4,103.35** |
| **FLAGSHIP CONDOMINIUM OWNERS ASSOCIATION c/o Hueston McNulty, P.C. 256 Columbia Turnpike, St. 207 Florham Park, NJ 07932** | **Attn: Sam McNulty/Bob Hueston** smcnulty@hueston mcnulty.com/rhues ton@huestonmcnu lty.com | **Promissory Note** | | | | **$2,581,000.00** |
| **GLOBAL PROSPECTS INC 22107 Elmira Blvd., Unit B Port Charlotte, FL 33952** | **Attn: Marty Apell** mapell777@yahoo. com 201-390-0021 | **Marketing Vendor** | | | | **$3,000.00** |
| **IRON MOUNTAIN RECORDS MGNT PO BOX 27128 New York, NY 10087-7128** | **Attn: Tom Richards** askcustomerservic e@ironmountain.c om 800-899-4766 | **PAPER SHREDDING SERVICES** | | | | **$4,240.99** |
| **LASAMMANA CONDOMINIUM OWNERS ASSOCIATION c/o Hueston McNulty, P.C. 256 Columbia Turnpike, St. 207 Florham Park, NJ 07932** | **Attn: Sam McNulty/Bob Hueston** smcnulty@hueston mcnulty.com/rhues ton@huestonmcnu lty.com | **Promissory Note** | | | | **$1,468,000.00** |
| **MICHAEL LANTYCH, ET AL. C/O ANDREW M. MILZ FLITTER MILZ, PC 1814 EAST RT 70, SUITE 350 CHERRY HILL, NJ 08003** | **Attn: Andrew M. Milz, Esq. and Joe Solseng, Esq.** amilz@consumersl aw.com; solseng@sgb-law. com | **Litigation** | **Contingent, Disputed, Unliquidated** | | | **Unliquidated** |

| Debtor | **Flagship Resort Development Corporation** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **OCEAN CASINO & RESORT 500 BOARDWALK Atlantic City, NJ 08401** | **Attn: Korrin Carrieri** korrin.carrieri@theoceanac.com 609-783-8090 | **Marketing Premiums** | | | | $49,935.00 |
| **OFFICE BASICS CO P.O. BOX 2230 Reading, PA 19601** | **Attn: Kim Clark** kclark@officebasics.com 800-541-5855 | **Office Supplies** | | | | $2,653.22 |
| **ONE AGENCY 15900 N 78th Street, Ste 100 Scottsdale, AZ 85260** | **Attn: Suzanne Mora** suzanne.mora@oneagency.com 407-782-5448 | **Marketing Vendor** | | | | $20,000.00 |
| **RCI PO BOX 2099 Carmel, IN 46082** | **Attn: Julie Williams** julie.williams@travelandleisure.com 317-987-5573 | **Exchange Fees** | | | | $20,000.00 |
| **ROYAL SUITES INTERVAL OWNERS ASSOCIATION c/o Hueston McNulty, P.C. 256 Columbia Turnpike, St. 207 Florham Park, NJ 07932** | **Attn: Sam McNulty/Bob Hueston** smcnulty@huestonmcnulty.com/rhueston@huestonmcnulty.com | **Promissory Note** | | | | $4,252,000.00 |
| **STEVENS & LEE PO Box 679 Reading, PA 19603** | **Attn: Accounts Receivable** accounting@stevenslee.com 610-478-2000 | **Legal Fees** | | | | $58,337.24 |
| **TOSHIBA FINANCIAL SERVICES PO BOX 070241 Philadelphia, PA 19176-0241** | **Attn: Kathy Brennan** kathy.brennan@tbs.toshiba.com 631-389-3427 | **Equipment Lease** | | | | $2,383.80 |
| **WATERFRONT TOURS 1112 Denman Valley Street Henderson, NV 89002** | **Attn: Rodney Wilks/Kendra** waterfronttoursllc@gmail.com 702-785-7134 | **Marketing Vendor** | | | | $10,000.00 |

# United States Bankruptcy Court
## District of New Jersey

In re    **Flagship Resort Development Corporation**                                    Case No. _____

                                                    Debtor(s)         Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 10, 2025** _____          **/s/ Cherie Parks** _____
                                                          **Cherie Parks**/**Chief Financial Officer**
                                                          Signer/Title

.

2000 BRUCE KAYE DYNASTY
17749 Collins Avenue, PH 41
North Miami Beach, FL 33160


AC JOKES LLC
14 S New York Road
Absecon, NJ 08205


ADINA PONCE
48 Fox Hollow Dr
Mays Landing, NJ 08330


AEGIS TRUST COMPANY LLC
ATTN: ROBERT LESSER
ATTN: GINNY MACHAMER
7200 HIGHWAY 278 NE, STE 205
Covington, GA 30014


AFCO
150 N FIELD DRIVE, SUITE 190
Lake Forest, IL 60045


AFLAC
PO BOX 535178
Pittsburgh, PA 15253


ALICEA CASTELLANOS, ET AL.
C/O ANDREW M. MILZ
FLITTER MILZ, PC
1814 EAST RT 70, SUITE 350
Cherry Hill, NJ 08003


AMANDA TROLLER
815 sterling Place
Brigantine, NJ 08203


ANDREW BELLO
603 N Surrey Avenue
Ventnor City, NJ 08406


ATLANTIC CITY CRUISES
800 N. NEW HAMPSHIRE AVE
Atlantic City, NJ 08401

ATLANTIC COUNTY CLERK
5901 Main Street
Mays Landing, NJ 08330


Atlantic Palace Condominium Association
1515 Boardwalk
Atlantic City, NJ 08401


Attn: Anthony Pirraglia and Chris Bailey
Holland & Knight
One Arts Plaza, 1722 Routh St.
Suite 1500
Dallas, TX 75201


Banc of California
5404 Wisconsin Avenue, 2nd Floor
Chevy Chase, MD 20815


BERT BLICHER
16403 Brookfield Estates Way
Delray Beach, FL 33446


BEVERLY REUTTER
305 Huntington Court
Absecon, NJ 08205


BKRP LLC
FantaSea Resorts
The Flagship
60 N. Maie Avenue
Atlantic City, NJ 08401


Boardwalk Management LLC
FantaSea Resorts
The Flagship
60 N. Maine Avenue
Atlantic City, NJ 08401


CANDICE SARANDOS-LUGO
3572 Westmoreland Drive
Mays Landing, NJ 08330


CARLOS FIGUEROA, JR.
19 East Lindley Avenue
Pleasantville, NJ 08232

CARLOS FIGUEROA, SR
19 E Lindley Avenue
Pleasantville, NJ 08232


CASINO REINVESTMENT DEVELOPMENT
15 S. PENNSYLVANIA AVE
Atlantic City, NJ 08401


CATHERINE ACEVEDO SEGUINOT
29 3rd Terrace, A-3
Egg Harbor City, NJ 08215


CATRINA ROBINSON
1407 Madison Avenue
Atlantic City, NJ 08401


CHARLESTON WILLIAMS
554 N 2nd Street
Vineland, NJ 08360


CHERIE PARKS
103 Bluffs Circle
Williamsburg, VA 23185


CHRISTOPHER IBONE
809 Katie Court
Absecon, NJ 08201


CIGNA HEALTHCARE
WELLS FARGO BANK
633 17TH STREET
Denver, CO 80207


CINDY MOTTER
3101 Boardwalk 2604 II
Atlantic City, NJ 08401


CIRCLE CLEANERS INC
3648 Brigantine Blvd
Brigantine, NJ 08203


CITY OF ATLANTIC CITY
TAX COLLECTOR
1301 BACHARACH BLVD, 1st FL
Atlantic City, NJ 08401

Colebrook Financial Company, LLC
100 Riverview Center, Suite 203
Middletown, CT 06457

COMMONWEALTH TPA SOLUTIONS, LLC
PO BOX 1027
Medford, NJ 08055

COMPUDATA
PO BOX 749149
Atlanta, GA 30374-9149

CONCORD SERVICING LLC
PO Box 78843
Phoenix, AZ 85062-8843

COOPER LEVENSON
1125 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08401

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349

CZAR MARKETING GROUP LLC
7730 West Sahara Avenue, Suite 103
Las Vegas, NV 89117

DAISY KENNEDY
22 London Court
Egg Harbor Township, NJ 08234

DAMISHA BOULDIN
1409 Ohio Avenue
Atlantic City, NJ 08401

DAMON JENKINS
628A South 6th Avenue
Absecon, NJ 08205

DAMON NOLAN
556 London Court II
Egg Harbor Township, NJ 08234

DANITA SPIVEY
302 Bayview Road
Rio Grande, NJ 08242


David C. Ricci, Esq.
Law Office of David C. Ricci, LLC
51 JFK Parkway, First Floor West
Short Hills, NJ 07078


DE LAGE LANDEN FINANCIAL SERV.
PO BOX 825736
Philadelphia, PA 19182


DEBORAH KAYE
17749 Collins Avenue, PH 41
North Miami Beach, FL 33160


DEBORAH SCHWOER
408 Second Street
Northfield, NJ 08225


DELVON MCMILLAN
418 Hialeah Drive
Cherry Hill, NJ 08002


DENNIS A. RICHARD
825 Brickell Bay Drive, Suite 1748
Miami, FL 33131


DERRICK CARTY
214 N Suffolk Avenue
Ventnor City, NJ 08406


DISA GLOBAL SOLUTIONS, INC
DBA DISA INC
P.O. BOX 737769
Dallas, TX 75373-7769


EASTERN ARMORED SERVICES INC
P.O. BOX 8733
Trenton, NJ 08650


EDWARD HUYNH
30 Colonial Court
Absecon, NJ 08205

ELLIS COFFEE COMPANY
2835 Bridge Street
Philadelphia, PA 19137


EMMA JAHAN
355 N Shore Road
Absecon, NJ 08201


EQUITABLE
PO BOX 733463
Dallas, TX 75373-3463


ERIN HANNAN
455 West Shore Drive
Brigantine, NJ 08203


ERWIN J LYONS& ASSOCIATES LLC
125 GARNETT LANE
Egg Harbor Township, NJ 08234


EXPERIAN
P.O. Box 841971
Los Angeles, CA 90084-1971


FantaSea Resorts Management Co Inc
FantaSea Resorts
The Flagship
60 N. Maine Avenue
Atlantic City, NJ 08401


FEDWAY
PO BOX 651
Basking Ridge, NJ 07920


First Resorts Management Company
FantaSea Resorts
The Flagship
60 N. Maine Avenue
Atlantic City, NJ 08401


FLAGSHIP CONDOMINIUM OWNERS ASSOCIATION
Sam McNulty, Esq. & Bob Hueston, Esq.
c/o Hueston McNulty, P.C.
256 Columbia Turnpike, St 207
Florham Park, NJ 07932

FORVIS LLP
PO BOX 602828
Charlotte, NC 28260-2828


FRANK DAVIS
2169 Civil War Road
Vineland, NJ 08361


Franklin Barbosa, Jr.
Schenck, Price, Smith & King, LLP
220 Park Avenue
PO Box 991
Florham Park, NJ 07932


GABRIEL ROSALES
21 Seaside Road
Brigantine, NJ 08203


GLOBAL PROSPECTS INC
22107 Elmira Blvd., Unit B
Port Charlotte, FL 33952


GLOBAL RISK PARTNERS LLC
110 Front St, Ste 300
Jupiter, FL 33477


HAILEY YIH
424 George Ave
Egg Harbor City, NJ 08215


HANNAFIN CONSULTING
12 LAUREL WAY
PO BOX 466
Norfolk, CT 06058


HILTON BRAITHWAITE
14 Malaron Circle
Egg Harbor Township, NJ 08234


HORIZON BLUE CROSS BLUE SHIELD OF NJ
PO BOX 10130
Newark, NJ 07101-3130

HOWARD ALTER
23 Marshall Drive
Egg Harbor Township, NJ 08234


IMPERIALDADE
255 Route 1 and 9
Jersey City, NJ 07306


INTERNAL REVENUE SERVICE
P.O. Box 7346
Philadelphia, PA 19101-7346


IRON MOUNTAIN RECORDS MGNT
PO BOX 27128
New York, NY 10087-7128


J&J DISTRIBUTORS
P.O. BOX 7000
ELIZABETH, NJ 07207


JACKLYN NAVARRO
271 N Connecticut Ave
Atlantic City, NJ 08401


JACOBS & BARBONE
1125 PACIFIC AVENUE
Atlantic City, NJ 08401


JAIME JONES
6316 Palmer Ave
Mays Landing, NJ 08330


JAQUELINE MCBRIDE
327 41st Street, APt 2
Brigantine, NJ 08203


JARRETT ALTER
23 Marshall Drive
Egg Harbor Township, NJ 08234


JASON KAYE
3300 NE 188th Street
Miami, FL 33180

JAY KORN
310 A 44th St
Brigantine, NJ 08203


JEAN SIMEON
1316 Baltic Ave
Atlantic City, NJ 08401


JENNIFER CADE
1209 N Franklin Blvd
Pleasantville, NJ 08232


JESSICA BATTLER
104 Giulia Lane
Absecon, NJ 08205


Joe Solseng, Esq.
Schroeter Goldmark & Bender
401 Union Street, Suite 3400
Seattle, WA 98101


JOSEPH YACOVONNE
c/o Richard DiTomaso, Esq.
Ditomaso Law
901 Route 38
Cherry Hill, NJ 08002


KALIA MCDUFFIE
13 Anchorage Court
Atlantic City, NJ 08401


KELSEY'S RESTAURANT
1545 PACIFIC AVENUE
Atlantic City, NJ 08401


Keona Palmer, et al.
c/o Andrew M. Milz, Esq.
Flitter Milz, PC
525 Rt. 73 South, Suite 200
Marlton, NJ 08053


KEVIN JONES
274 Furman Farm Place
Charleston, SC 29492

```
KIA FINANCE AMERICA
P.O. BOX 660891
Dallas, TX 75266-0891


KIMBERLY BIASINI
1533 John Adams Court
Mays Landing, NJ 08330


KRISTY SMITH
707 N 3rd Street
Hammonton, NJ 08037


LAKESHA JOHNSON
1405 N Michigan Ave
Atlantic City, NJ 08401


LASAMMANA CONDOMINIUM OWNERS ASSOCIATION
Sam McNulty, Esq. & Bob Hueston, Esq.
Hueston McNulty, P.C.
256 Columbia Turnpike, St 207
Florham Park, NJ 07932


LEO SAYERS
502 South Bella Court
Absecon, NJ 08205


LEXISNEXIS RISK DATA MGMNT
28330 Network Place
Chicago, IL 60673-2283


LILIES FLORALS LLC
319 EAST JIMMIE LEEDS ROAD
Absecon, NJ 08205


LISA ALVAREZ
222 E Great Creek Road
Absecon, NJ 08205


LISA SALMON
22 Old New York Road
Port Republic, NJ 08241


LLOYD OWEN
35 W Donegal Lane
Absecon, NJ 08205
```

LOURDES ANDREWS
426 S Yam Ave
Absecon, NJ 08205


MAGNA COMPUTER CORPORATION
1115 PONCE DE LEON BLVD
Clearwater, FL 33756


MALINDA COULTURA
217 Oakland Ave
Egg Harbor Township, NJ 08234


MARIA FERNANDEZ
18 Rembrandt Way
Mays Landing, NJ 08330


Marina Title Corp
FantaSea Resorts
The Flagship
60 N. Maine Avenue
Atlantic City, NJ 08401


MARK CONNOLLY
4678 Genoa Avenue
Vineland, NJ 08361


MARSEILLE FRANKLIN
220 Seaside Ave
Atlantic City, NJ 08401


MARY ELLEN PASQUALE
131 Batchelor Lane
Hammonton, NJ 08037


MEL GUARD
26 Valleybrook Court
Blackwood, NJ 08012


MELANIE ELLERBE
812 N Arkansas Avenue
Atlantic City, NJ 08401

MICHAEL LANTYCH, et al.
c/o Andrew M. Milz, Esq.
Flitter Milz, P.C.
1814 East Rt. 70, Suite 350
Cherry Hill, NJ 08003


MICHAEL WEISBERGER
537 Weston Ave
Absecon, NJ 08205


MICHELLE GANGEMI-KELLY
705 N Surrey Avenue
Ventnor City, NJ 08406


MONMOUTH TELECOM
PO BOX 8656
Red Bank, NJ 07701


MONSTER RESERVATIONS GROUP
PO Box 14158
Myrtle Beach, SC 29587


MONTSHO REMBERT
612 W Groveland Ave
Somers Point, NJ 08244


NEW JERSEY MANUFACTURERS INS
P.O. BOX 70167
Philadelphia, PA 19176-0167


NIKKI CRAWFORD
307 South Cologne Avenue
Egg Harbor City, NJ 08215


NJ Division of Alcoholic Beverage Contro
140 East Front Street
PO Box 087
Trenton, NJ 08625-0087


NJ DORES
PO BOX 450
Trenton, NJ 08646-0303

OCEAN CASINO & RESORT
500 BOARDWALK
Atlantic City, NJ 08401


OFFICE BASICS CO
P.O. BOX 2230
Reading, PA 19601


ONE AGENCY
15900 N 78th Street, Ste 100
Scottsdale, AZ 85260


PACER SERVICE CENTER
P.O. BOX 5208
Portland, OR 97208


PAIGE NORFLET
38 Woodhaven Way
Sicklerville, NJ 08081


PAIRSOFT
PMB 58356
382 NE 191st Street
Miami, FL 33179-3899


PAULETTE WEISBERGER
537 Weston Drive
Absecon, NJ 08205


PCS
304 HARPER DRIVE, SUITE 130
Moorestown, NJ 08057


PENN JERSEY PAPER CO LLC
P O BOX 411405
Boston, MA 02241-1405


PENNY WRIGHT
132 Bonita Drive
Egg Harbor Township, NJ 08234


PEPSI-COLA COMPANY
P.O. BOX 75948
Chicago, IL 60675-5948

PERCY HANCOCK
1204 Peterson Way
Absecon, NJ 08201


PETER LELII
707 N 3rd Street
Hammonton, NJ 08037


Phillip D. Berger, Esq.
Berger Law Group, P.C.
919 Conestoga Road, Building 3, Ste 114
Bryn Mawr, PA 19010


PRINCIPAL LIFE INSURANCE COMPANY
PO BOX 777
Des Moines, IA 50303-0777


PRISCILLA HANCOCK
1204 Peterson Way
Absecon, NJ 08201


PRO COMPUTER SERVICES, LLC
304 Harper Drive Suite 130
Moorestown, NJ 08057


PROMOTIONAL MARKETING DESIGN & CONSULTIN
3363 Eastridge Road
Las Cruces, NM 88005


QJ BOWENS
1385 West Point Ave
Mays Landing, NJ 08330


QUADIENT FINANCE USA, INC
PO BOX 6813
Carol Stream, IL 60197


QUADIENT LEASING USA, INC
PO BOX 123682
Dept 3682
Dallas, TX 75312-3682


RCI
PO BOX 2099
Carmel, IN 46082

REBECCA SALANI
503 2nd Street
Northfield, NJ 08225


RICHARD PASSARELLA
1678 Condo Ave
Waterford Works, NJ 08089


RONALD LIMAURO
39 Emerald Drive
Egg Harbor Township, NJ 08234


ROSEMARIE RAPP
19 S Delancy Place
Atlantic City, NJ 08401


ROSENDO LAXAMANA
2435 Formicas Way
Atlantic City, NJ 08401


ROXANNE PASSARELLA
1701 Condo Ave
Waterford Works, NJ 08089


ROXANNE STEVENS
117 S Martin Luther King Blvd
Park Lane Apt 4 C
Atlantic City, NJ 08401


ROYAL SUITES INTERVAL OWNERS ASSOCIATION
Sam McNulty, Esq. & Bob Hueston, Esq.
Hueston McNulty, P.C.
256 Columbia Turnpike
Florham Park, NJ 07932


SALVATORE AMATO
227 Heathercroft
Egg Harbor Township, NJ 08234


SAMS CLUB DIRECT
P.O. BOX 669810
Dallas, TX 75266

SARA ATTACK
208 W Dawes Avenue
Somers Point, NJ 08244


SARA FORTNEY
230 Kings Hwy East #289
Haddonfield, NJ 08033


SECURE ONE OUTSOURCE INC
2801 N. 33RD AVENUE
SUITE 1
Phoenix, AZ 85009


SHANTYA STOWE
156 N South Carolina Ave
Atlantic City, NJ 08401


SHAWN AFANADOR
301 Arbor Road
Villas, NJ 08251


SHOWBOAT RENAISSANCE LLC
1719 Rittenhouse Square
Philadelphia, PA 19103


SJ CULLIGAN WATER
780 S Route 73
West Berlin, NJ 08091


STEVEN NOLAN
2111 Bay Drive
Northfield, NJ 08225


STEVENS & LEE
PO Box 679
Reading, PA 19603


SUSAN PRICE
2918 Falcon Court
Mays Landing, NJ 08330


SUZANNE GAZZILLO
603 N Shore Road
Absecon, NJ 08201

SYSTEMS PRODUCTS INTERNATIONAL
P.O. Box 88925
Carol Stream, IL 60188-8925


TAMEKA BROWN
1054 Brights Court
Atlantic City, NJ 08401


TANA MARTIN
2005 W Riverside Drive, Apt 4
Atlantic City, NJ 08401


TARA CLAYTON
160 LaQuinta Drive
Egg Harbor Township, NJ 08234


TAYLOR LIMAURO
39 Emerald Drive
Egg Harbor Township, NJ 08234


TAYLOR PRODUCTS
255 RARITAN CENTER PKWY
Edison, NJ 08837


TESSA CARTY
232 Crespi Avenue
Newfield, NJ 08344


THERESA GILLETTE
514 S Mill Road
Absecon, NJ 08201


TONY NELSON
919 Linden Avenue
Pleasantville, NJ 08232


TOSHIBA AMERICAN BUSINESS SOLU
PO BOX 418600
Boston, MA 02241-8600


TOSHIBA FINANCIAL SERVICES
PO BOX 070241
Philadelphia, PA 19176-0241

TRACY GOOD
1916 Breakers Drive
Manahawkin, NJ 08050


TRANS UNION LLC
P.O. BOX 99506
Chicago, IL 60693-9506


TRANSAMERICA EMPLOYEE BENEFITS
PO BOX 653005
Dallas, TX 75265-3005


TRUE INCENTIVE
PO BOX 946098
Atlanta, GA 30394-6098


TYRONE KEYES
609 N Indiana Avenue
Atlantic City, NJ 08401


TYRONE WINTERS
5028 Fernwood Avenue
Egg Harbor Township, NJ 08234


Uerequenia Pereira/Yadira Montero
257A Matchaponix Avenue
Monroe Township, NJ 08831


UNITED PARCEL SERVICE
PO BOX 650116
Dallas, TX 75265-0116


US BANK
P.O. BOX 70870 CM-9690
Saint Paul, MN 55170-9690


USA CONNECT DBA PREPAID USA
4210 GREEN RIVER ROAD
Corona, CA 92878


USMAN KHAN
720 S New Road, Apt 2L
Absecon, NJ 08201

VANESSA MENCIA LOPEZ
3630 Winchester Ave
Atlantic City, NJ 08401


VERIZON WIRELESS
PO BOX 408
Newark, NJ 07101-0408


VINCENT GILLIAM
11 Mandolin Lane
Willingboro, NJ 08046


VIOLET STRANSKY
2053 Ocean Heights Ave, APT 6
Egg Harbor Township, NJ 08234


Virginia Fairlie
c/o Thomas J. Vesper, Esq.
Westmoreland Vesper & Quattrone
8025 Black Horse Pike, Suite 500
Atlantic City, NJ 08401


WATERFRONT TOURS
1112 Denman Valley Street
Henderson, NV 89002


WEX BANK
PO BOX 4337
Carol Stream, IL 60197-4337


WEX HEALTH
P.O. BOX 9528
Fargo, ND 58106-9528


WILLIAM HARRIS
707 North Indiana Ave
Atlantic City, NJ 08401


WILLIAM LINDSEY
101 Boardwalk #528
Atlantic City, NJ 08401


WILLIS TOWERS WATSON NORTHEAST
P.O. Box 32090
New York, NY 10087-2090

WINSTON TEASLEY
2205 Hamilton Ave
Atlantic City, NJ 08401


YASHICA SMITH
829 North Pennsylvania Ave, APT D
Atlantic City, NJ 08401


ZARIYAH SMITH
1409 Ohio Avenue
Atlantic City, NJ 08401

# United States Bankruptcy Court
### District of New Jersey

In re    **Flagship Resort Development Corporation**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Flagship Resort Development Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Aegis Security Group
2151 So. Jason Street
Denver, CO 80223**

**FantaSea Resorts
The Flagship
60 N. Maine Avenue
Atlantic City, NJ 08401**

☐ None [*Check if applicable*]

**May 10, 2025**

Date

**/s/ Warren J. Martin Jr.**

**Warren J. Martin Jr.**

Signature of Attorney or Litigant

Counsel for   **Flagship Resort Development Corporation**

**Porzio, Bromberg & Newman, P.C.**

**100 Southgate Parkway
Morristown, NJ 07962
973-538-4006 Fax:973-538-5146
wjmartin@pbnlaw.com**