UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)
Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)
Christopher P. Mazza, Esq. (cpmazza@pbnlaw.com)

*Proposed Counsel to Debtor and Debtor-In-Possession*

| | |
|---|---|
| In re: | Chapter: 11 |
| FLAGSHIP RESORT DEVELOPMENT CORPORATION,[1] | Case No.: 25-15047 (JNP) |
| Debtor. | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS AND METHODOLOGY REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtor and debtor-in-possession (the "Debtor,") is filing its Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the District of New Jersey (the "Court"). The Debtor, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations and Methodology Regarding the Debtor's Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

The Debtor has used commercially reasonable efforts to ensure the accuracy and completeness of the information and data used in preparing the Schedules and Statements.

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number is: Flagship Resort Development Corporation, a New Jersey corporation (1067). The location of the Debtor's service address is: 60 North Maine Avenue, Atlantic City, NJ 08401.

[2] These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements.

Inadvertent errors, omissions or inaccuracies may exist in the Schedules and Statements. The Debtor and its estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

## I.      Notes Applicable to all Schedules and Statements

**Note 1: Reporting Date**. All asset and liability information, except where otherwise noted, is provided as of May 10, 2025 (the "Petition Date").

**Note 2: Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Note 3: Signatory**. Cherie Parks has signed the Schedules and Statements. Ms. Parks serves as Chief Financial Officer and is an authorized signatory of the Debtor in these chapter 11 case. In reviewing and signing the Schedules and Statements, Ms. Parks has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtor and its legal and financial advisors. Ms. Parks has not personally verified and could not personally verify the accuracy of each such statement and representation, but believes them to be true, correct and accurate as of the date she signed the Schedules and Statements.

**Note 4: Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtor's reasonable efforts to report the assets and liabilities on an unconsolidated basis. These Schedules and Statements were not filed with the United States Securities and Exchange Commission (the "SEC") or any other authority, and neither the SEC nor any state authority has passed upon the accuracy or adequacy of the Schedules and Statements or upon the merits of the Schedules and Statements.

**Note 5: Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

**Note 6: Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are undetermined amounts, the actual total may be different from the listed total.

**Note 7: Confidential Information**. There are instances in the Schedules and Statements where the Debtor deemed it necessary and appropriate to redact from the public record information such as addresses. The Debtor has used this approach for the protection of sensitive commercial information or for the privacy of the applicable individual. The alterations are limited to only what is necessary to protect the Debtor or the applicable third party.

**Note 8: Causes of Action**. Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising

under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**Note 9: Claim Designation**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed."  The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."  Moreover, the Debtor reserves all of their rights to amend their Schedules and Statements as necessary and appropriate.  Listing a claim does not constitute an admission of liability by the Debtor.

**Note 10: Fiscal Year**. The Debtor's fiscal year ends on or about December 31.

**Note 11: Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtor are scheduled as "unliquidated."

**Note 12: Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

**Note 13: Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor.  The Debtor reserves all rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Note 14: Insiders**. For purposes of the Schedules and Statements, the Debtor defines "insiders" to include the following: (a) directors; (b) officers; (c) holders of interests in excess of 20% of the voting interests of one of the Debtor entities (whether directly or indirectly); (d) relatives of directors, officers, or shareholders of the Debtor (to the extent known by the Debtor); and (e) Debtor/non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only.  The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that

he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Note 15: Payments**. Prior to the Petition Date, the Debtor maintained a cash management and disbursement system in the ordinary course of their business (the "Cash Management System") (as described in the Debtor's *Motion for Entry of Interim and Final Orders (A) Authorizing the Debtor to (I) Continue Use of its Cash Management System, (II) Maintain its Existing Bank Accounts, and (III) Continue Use of its Existing Business Forms, (B) Granting Administrative Priority Status Postpetition Allocation Claims, and (C) Authorizing Continued Performance Under Allocation Arrangements and Historical Practices* [ECF No. 9]) (the "Cash Management Motion"). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtor reserves the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

**Note 16: Reservation of Rights**. In preparing the Schedules and Statements, the Debtor relied on unaudited financial data derived from their books and records that was available at the time of their preparation. Although the Debtor has made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions might exist and subsequent information or discovery might result in material changes or modification to the Schedules and Statements that require the Debtor to file amended Schedules and Statements. **The Debtor reserves all rights under Bankruptcy Rule 1009 to amend or modify any of the Schedules and Statements, including with respect to the treatment, characterization, classification, amount, omission, or inclusion of any claims, assets, liabilities, or executory contracts, and to the extent necessary to advance positions in this chapter 11 case that might conflict with the Schedules and Statements.**

## II.    Notes to Schedules of Assets and Liabilities

*1.    Schedule A/B – Assets*. The Debtor has potentially excluded the following categories of assets from the Schedules and Statements: deferred tax assets; certain intangibles; deferred revenue accounts; or goodwill. Other immaterial assets may also have been excluded.

*Schedule A/B, Part 1 – Cash.* The cash and cash equivalents listed in the Schedules reflect values as of May 10, 2025.

*Schedule A/B, Part 11 – All Other Assets.* Except where otherwise noted, the value of all assets listed on Schedule A/B are calculated as of May 10, 2025. With regard to Question 71 (Notes Receivable), the Debtor has listed the aggregate sum of all notes receivable, as of the Petition Date, related to all timeshare intervals. In so doing, the Debtor has aggregated over 10,000 such notes receivable, and has not included each individual note, as it would be impractical, overly burdensome on the Debtor, and the obligors under said notes are not creditors of the Debtor.

*Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.* In the ordinary course of their business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their

8148035

customers, insurance agencies, or insurance carriers.  In addition, the Debtor may possess certain claims and causes of action against various parties.  Accordingly, the Debtor may become party to litigation in which the Debtor may assert claims as a plaintiff or counterclaims and/or crossclaims as a defendant.  Because such claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

2.      ***Schedule D – Creditors Who Have Claims Secured by Property.***

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of the Debtor.  Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, subject to the Debtor's rights pursuant to any applicable court order.  By listing an "amount of claim" in Schedule D, the Debtor is not admitting or waiving any rights to assert that all or any portion of such claim is wholly unsecured.  Further, the listing of a claim as secured is not an admission as to the validity of any lien.

Detailed descriptions of the Debtor's prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Cherie Parks, Chief Financial Officer of the Debtor, in Support of Debtor's Chapter 11 Petition and First Day Motions* [ECF No. 16] (the "First Day Declaration").

3.      ***Schedule E/F – Creditors Who Have Unsecured Claims.***  The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time.  In such cases, the amounts are listed as "Undetermined."  Accordingly, the Schedules and the Statements may not equal the aggregate value of the Debtor's total liabilities as noted on any previously issued financial statements.

***Paid Claims.***  The Debtor has authority to pay certain outstanding prepetition liabilities pursuant to the Bankruptcy Court's first day orders (collectively, the "First Day Orders").  As such, certain liabilities listed in these Schedules and Statements may have been subsequently reduced or satisfied pursuant to the First Day Orders notwithstanding the fact that the Debtor has listed claims and payables as of the Petition Date in these Schedules and Statements.

***Excluded Liabilities.***  The Debtor has potentially excluded the following categories of liabilities from the Schedules and Statements: deferred tax liabilities; and certain accrued liabilities including salaries and employee benefits.  Other immaterial liabilities may also have been excluded.

8148035

***Part 1 – Creditors with Priority Unsecured Claims***. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.

The Debtor has not listed on **Schedule E/F, Part 1** any wage or wage-related obligations which the Debtor has been granted authority to pay pursuant to the *Interim Order (I) Authorizing the Debtor to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [ECF No. 43] (the "Employee Wage Order").  The Debtor believes that all such Claims have been or will be satisfied in the ordinary course during this Chapter 11 Case pursuant to the authority granted in the relevant order.

The Debtor has not listed on **Schedule E/F, Part 1** any tax related obligations, which the Debtor has been granted authority to pay pursuant to the Wages Order or pursuant to the *Interim Order (I) Authorizing Payment of Certain Pre-Petition Taxes and Fees and (II) Granting Related Relief* [Docket No. 44] (the "Taxes Order"). The Debtor believes that all such Claims have been or will be satisfied in the ordinary course during this Chapter 11 Case pursuant to the authority granted in the Wages Order and the Taxes Order.  For the avoidance of doubt, the Debtor has listed all potential taxing claimants on **Schedule E/F, Part 1** to ensure that the applicable parties receive sufficient notice.

***Part 2 – Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records.  The Debtor made reasonable attempts to set forth their unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  The amounts listed on schedule E/F may not reflect any right of setoff or recoupment, and the Debtor reserves any such setoff or recoupment rights.  Additionally, certain creditors may assert mechanics', materialman's, or other similar liens against the Debtor for amounts listed in Schedule E/F.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected by the Debtor.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtor or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtor's estates, the Debtor has not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtor may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the

Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtor reserves its rights to amend Schedules D and E/F if, or when, the Debtor receive such invoices.

4.     ***Schedule G – Executory Contracts and Unexpired Leases.*** Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over inclusions may have occurred. The Debtor hereby reserves all rights to dispute the validity, status or enforceability of any contract or other agreement set forth in Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other document, instruments and agreements which may not be listed therein.  Also, Schedule G is intended to contain all of the Debtor's contracts and agreements as of the Petition Date.  It is possible that some of the contracts or agreements listed on Schedule G have expired or otherwise terminated pursuant to their terms since the Petition Date or have been rejected by the Debtor.  The presence of a contract or agreement on Schedule G does not constitute an admission by the Debtor that such contract or agreement is an executory contract or unexpired lease.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights.  These rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtor may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, and title agreements.  To the extent that such documents constitute executory contracts, the documents may have been omitted.

In the ordinary course of business, the Debtor has entered into numerous contracts or agreements, some of which may be oral.  While the Debtor has made every effort to reflect the current agreements, to the extent such contracts or agreements constitute executory contracts, certain of these contracts and agreements may not be listed individually on Schedule G.

## III.     <u>Notes to Statements of Financial Affairs</u>

1.     ***Statements, Part 1, Questions 1 and 2 – Income and Non-business Revenue.*** Revenue for 2025 has been provided through May 10, 2025, on a prorated basis when indicated below.

2.     ***Statements, Part 13, Question 26 – Books, Records, and Financial Statements.*** The Debtor provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Recipients include, among others, regulatory agencies, financial institutions, investment banks, equity holders, debtholders and their legal and financial advisors.  Financial statements have also been provided to other parties as requested, subject to customary non-disclosure requirements where applicable.  In the event such financial statements are provided, the Debtor does not

8148035

maintain complete lists or other records tracking such disclosures.  Therefore, the Debtor has not provided full lists of these parties in their response to Statement Question 26d.

3.      ***Statements, Part 13, Question 28 – Controlling Interest Holders.*** For purposes of the Schedules and Statements, the Debtor defines "controlling interest holders" to include entities that directly hold in excess of 20% of the voting interests of the Debtor.

4.      ***Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.*** To the extent payments to such individuals are not listed in the response to Questions 3 and 4 on the Statements for the Debtor, they did not receive payment for their services as directors or executive officers of these entities.

In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtor has included information with respect to certain individuals who the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  As detailed herein, the listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtor, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision-making authority over the Debtor, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (2) any other purpose.

* * * * *

8148035

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)
Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)
Christopher P. Mazza, Esq. (cpmazza@pbnlaw.com)

*Proposed Counsel to Debtor and Debtor-In-Possession*

| | |
|---|---|
| In re: | Chapter: 11 |
| FLAGSHIP RESORT DEVELOPMENT CORPORATION,[1] | Case No.: 25-15047 (JNP) |
| Debtor. | |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## FLAGSHIP RESORT DEVELOPMENT CORPORATION
## (CASE NO. 25-15047)

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number is: Flagship Resort Development Corporation, a New Jersey corporation (1067). The location of the Debtor's service address is: 60 North Maine Avenue, Atlantic City, NJ 08401.

8148035

| Debtor | **Flagship Resort Development Corporation** | Case number (if known) | **25-15047** |
|---|---|---|---|
| | Name | | |

---

**Fill in this information to identify the case:**

| Debtor name | **Flagship Resort Development Corporation** |
|---|---|
| United States Bankruptcy Court for the: | **District of New Jersey (Camden)** |
| Case number (if known) | **25-15047** |

☐ Check if this is an amended filing

---

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................. $ **51,850,015.54**
   **plus undetermined amounts**

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B.................................................................................... $ **51,850,015.54**
   **plus undetermined amounts**

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.............................. $ **42,193,382.15**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................. $ **Undetermined**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... +$ **8,988,261.84**
   **plus undetermined amounts**

4. **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b

   $ **51,181,643.99**
   **plus undetermined amounts**

---

**Fill in this information to identify the case:**

Debtor name  **Flagship Resort Development Corporation**

United States Bankruptcy Court for the:    **District of New Jersey (Camden)**

Case number (if known)    **25-15047**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on Hand** | |
| 2.1 | $0.00 |

| Debtor | **Flagship Resort Development Corporation** | | | Case number (*if known*) **25-15047** |
|---|---|---|---|---|
| | Name | | | |

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** | **Checking, savings, money market, or financial brokerage accounts** | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1 | PACIFIC WESTERN BANK | CREDIT CARD ACCOUNT | 7135 | $571.41 |
| 3.2 | TD BANK | INITIAL ESCROW | 0104 | $19,919.97 |
| 3.3 | TD BANK | BROKER ESCROW | 2092 | $47,843.81 |
| 3.4 | TD BANK | INITIAL AP ESCROW | 3353 | $4,484.73 |
| 3.5 | TD BANK | AP BROKER ESCROW | 3345 | $70,478.99 |
| 3.6 | TD BANK | LS BROKER ESCROW | 2050 | $6,906.70 |
| 3.7 | TD BANK | MASTER OPERATING | 9304 | $88,364.80 |
| 3.8 | TD BANK | TRAVEL CLUB OPERATING ACCOUNT | 7697 | $5,047.67 |
| 3.9 | TD BANK | PAYROLL ACCOUNT | 8191 | $0.00 |
| 3.10 | TD BANK | NOTE COLLECTION | 0039 | $0.00 |
| 3.11 | TD BANK | MORTGAGE ACCOUNT | 0047 | $0.00 |
| 3.12 | TD BANK | MORTGAGE ACCOUNT | 7870 | $0.00 |
| 3.13 | TD BANK | MORTGAGE ACCOUNT | 6340 | $0.00 |
| 3.14 | TD BANK | INITIAL LS ESCROW | 3317 | $0.00 |

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| **4.** | **Other cash equivalents** *(Identify all)* | |
| 4.1 | CHASE BOC LOCKBOX ACCOUNT | $14,900.05 |
| 4.2 | CHASE BOC LOCKBOX ACCOUNT | $98,928.80 |
| 4.3 | CHASE COLEBROOK LOCKBOX ACCOUNT | $0.00 |
| 4.4 | CHASE LOCKBOX ACCOUNT | $1,605.51 |
| 4.5 | CHASE LOCKBOX ACCOUNT | $11,443.33 |
| 4.6 | CHASE LOCKBOX ACCOUNT | $1,149.57 |
| 4.7 | CHASE LOCKBOX ACCOUNT | $6,189.16 |
| 4.8 | CHASE LOCKBOX ACCOUNT | $112.34 |
| 4.9 | VISA PREPAID GIFT CARD | $200.00 |

| 5. | **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | $378,146.84 |
|---|---|---|---|

| Debtor | **Flagship Resort Development Corporation** | Case number (*if known*) | **25-15047** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

| | | | Current value of debtor's interest |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.1 | | | $0.00 |

| | | | Current value of debtor's interest |
|---|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| | Description, including name of holder of prepayment | | |
| 8.1 | COMPUDATA | Prepaid Expenses - Accounting Software | $9,642.89 |
| 8.2 | PAIRSOFT: 09/14/2024-09/13/2025 | Prepaid Expenses - Accounting Software | $1,706.54 |
| 8.3 | PROPERTY TAXES PAID BY FSCOA | Prepaid Property Tax | $24,803.46 |
| 8.4 | SHOWBOAT RENAISSANCE LLC | Prepaid Expenses - OCP | $2,000.00 |
| 8.5 | TCA GROUP OF COMPANIES INC | Prepaid Expenses - Cards | $12,000.00 |

| 9. | **Total of Part 2.** Add lines 7 through 8. Copy the total to line 81. | **$50,152.89** |
|---|---|---|

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below

Debtor **Flagship Resort Development Corporation**
Name

Case number (*if known*) **25-15047**

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**11.** **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $79,420.96 | - | $5,954.33 | = | $73,466.63 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $1,566.71 | - | $1,566.71 | = | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$73,466.63**

---

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes. Fill in the information below

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1 | | $0.00 |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: | % of ownership | | |

| Name of entity | % of ownership | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 15.1 DREAM SMART CORP. | 100% % | N/A | UNDETERMINED |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1 | | $0.00 |

---

Official Form 206A/B                Schedule A/B: Assets - Real and Personal Property                **Page 4**

| Debtor | Flagship Resort Development Corporation | Case number (*if known*) | 25-15047 |
|---|---|---|---|
| | Name | | |

**17.** **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

**Undetermined**

---

**Part 5:** **Inventory, excluding agriculture asset**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| 19.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **20.** **Work in progress** | | | | |
| 20.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** **Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22.** **Other inventory or supplies** | | | | |
| 22.1 | BEER INVENTORY | 5/6/2025 | $2,063.17 | BOOK | $2,063.17 |
| 22.2 | CONDIMENT INVENTORY | 5/6/2025 | $770.20 | BOOK | $770.20 |
| 22.3 | LIQUOR INVENTORY | 5/6/2025 | $11,269.39 | BOOK | $11,269.39 |
| 22.4 | WINE INVENTORY | 5/6/2025 | $1,309.18 | BOOK | $1,309.18 |

| Debtor | Flagship Resort Development Corporation | Case number (*if known*) | 25-15047 |
|--------|----------------------------------------|--------------------------|----------|
|        | Name                                   |                          |          |

**23.** **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$15,411.94

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No.

■ Yes.

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No.

☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No.

☐ Yes.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|

**28.** **Crops-either planted or harvested**

| 28.1 | | | | $0.00 |
|------|--|--|--|-------|

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|

**29.** **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

| 29.1 | | | | $0.00 |
|------|--|--|--|-------|

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|

**30.** **Farm machinery and equipment** *(Other than titled motor vehicles)*

| 30.1 | | | | $0.00 |
|------|--|--|--|-------|

---

Debtor    **Flagship Resort Development Corporation**                                          Case number (*if known*) **25-15047**

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| |
|---|
| **$0.00** |

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No.

☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____    Valuation method _____    Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Debtor | Flagship Resort Development Corporation | Case number (*if known*) | 25-15047 |
|---|---|---|---|
| | Name | | |

## Part 7:     Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** | | | |
| 39.1   OFFICE FURNITURE AND FIXTURES | $39,590.17 | BOOK VALUE | $39,590.17 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **40.**   **Office fixtures** | | | |
| 40.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1   COMPUTER EQUIPMENT | $25,977.79 | BOOK VALUE | $25,977.79 |
| 41.2   TELEPHONE EQUIPMENT | $73,057.46 | BOOK VALUE | $73,057.46 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42.**   **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43.**   **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86

| | |
|---|---|
| | **$138,625.42** |

| Debtor | **Flagship Resort Development Corporation** | Case number (*if known*) | **25-15047** |
|---|---|---|---|
| | Name | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors,floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |

| Debtor | Flagship Resort Development Corporation | | | |
|---|---|---|---|---|
| | Name | | Case number (*if known*) | **25-15047** |

| | **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | | | | $0.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$0.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No.
☐ Yes.

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No.
☐ Yes.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes. Fill in the information below

| | **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 55. | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.1 | | | | | $0.00 |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.0 and entries from any additional sheets.
Copy the total to line 88

$0.00

| Debtor | **Flagship Resort Development Corporation** | Case number (*if known*) | **25-15047** |
|---|---|---|---|
| | Name | | |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☐ Yes.


58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No.

☐ Yes.


**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.** | **Internet domain names and websites** | | |
| 61.1 | DOMAIN: WWW.CLUBBOARDWALKRESORTS.COM/ | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | |
| 62.1 | STATE OF NEW JERSEY DIVISION OF ALCOHOLIC BEVERAGE CONTROL PLENARY RETAIL CONSUMPTION LICENSE | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **Flagship Resort Development Corporation** | | Case number (*if known*) | **25-15047** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| 63.1  CUSTOMER LIST/RELATIONSHIPS | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **64.** **Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **65.** **Goodwill** | | | |
| 65.1 | | | $0.00 |

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

**Undetermined**

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☐ No.
☑ Yes.

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.
☐ Yes.

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Debtor | **Flagship Resort Development Corporation** | Case number (*if known*) | **25-15047** |
|---|---|---|---|
| | Name | | |

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes. Fill in the information below

|  |  |  |  | **Current value of debtor's interest** |
|---|---|---|---|---|
| **71.** | **Notes receivable**<br>Description (include name of obligor) | | | |
| 71.1 | NOTES RECEIVABLE – TIMESHARE INTERVALS | $97,308,975.50<br>Total face amount | - $46,114,763.68<br>doubtful or uncollectible amount   = | $51,194,211.82 |

|  |  | **Current value of debtor's interest** |
|---|---|---|
| **72.** | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 72.1 | | $0.00 |

|  |  | **Current value of debtor's interest** |
|---|---|---|
| **73.** | **Interests in insurance policies or annuities** | |
| 73.1 | | $0.00 |

|  |  | **Current value of debtor's interest** |
|---|---|---|
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 74.1 | | $0.00 |

|  |  | **Current value of debtor's interest** |
|---|---|---|
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 75.1 | | $0.00 |

Official Form 206A/B                    Schedule A/B: Assets - Real and Personal Property                    **Page 13**

| Debtor | **Flagship Resort Development Corporation** | Case number (*if known*) | **25-15047** |
|---|---|---|---|
| | Name | | |

| | | **Current value of debtor's interest** |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 76.1 | | $0.00 |

| | | **Current value of debtor's interest** |
|---|---|---|
| 77. | **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.1 | | $0.00 |

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$51,194,211.82** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No.

☐ Yes.

Debtor    **Flagship Resort Development Corporation**
Name _____    Case number (*if known*) **25-15047**

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $378,146.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $50,152.89 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $73,466.63 | |
| 83. **Investments.** *Copy line 17, Part 4.* | Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,411.94 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $138,625.42 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $51,194,211.82 | |
| 91. **Total. Add lines 80 through 90 for each column** | $51,850,015.54 Undetermined | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $51,850,015.54 Undetermined |

**Fill in this information to identify the case:**

Debtor name   **Flagship Resort Development Corporation**

United States Bankruptcy Court for the:   **District of New Jersey (Camden)**

Case number (if known)   **25-15047**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below

**Part 1:**   **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **Secured creditor name and mailing address**<br><br>BANC OF CALIFORNIA<br>AS ADMINISTRATIVE, PAYMENT AND COLLATERAL AGENT<br>5404 WISCONSIN AVENUE, 2ND FLOOR<br>CHEVY CHASE MD 20815 | **Describe debtor's property that is subject to a lien**<br>COLLATERAL PLEDGED PURSUANT TO THE BOC LOAN AGREEMENT AND CONSENT AGREEMENT<br>**Describe the lien**<br>FIRST PRIORITY LIEN PURSUANT TO RESTATED LOAN AND SECURITY AGREEMENT | $25,402,724.28 | UNDETERMINED |
| | **Secured creditor's email address** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | **Date debt was incurred**<br>12/17/2019 | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)* | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Debtor | **Flagship Resort Development Corporation** | Case number (if known) | **25-15047** |
|---|---|---|---|
| | Name | | |

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

**2.2** | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $15,122,233.99 | UNDETERMINED

COLEBROOK FINANCIAL COMPANY, LLC
AS RECEIVABLES LENDER
100 RIVERVIEW CENTER, SUITE 203
MIDDLETOWN CT 06457

COLLATERAL PLEDGED UNDER QUALIFIED NOTES AND QUALIFIED MORTGAGES UNDER THE COLEBROOK AGREEMENT

**Describe the lien**

FIRST PRIORITY LIEN PURSUANT TO REVOLVING LOAN AND SECURITY AGREEMENT

**Secured creditor's email address**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

5/12/2012

**Is anyone else liable on this claim?**

☐ No
☑ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $1,668,423.88 | UNDETERMINED

KEONA PALMER, ET AL.
C/O ANDREW M. MILZ, ESQ.
FLITTER MILZ, PC
525 RT. 73 SOUTH, SUITE 200
MARLTON NJ 08053

CASH BOND IN THE AMOUNT OF $1.7M

**Describe the lien**

JUDGMENT

**Secured creditor's email address**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

5/19/2023

**Is anyone else liable on this claim?**

☑ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Flagship Resort Development Corporation** | Case number (if known) | **25-15047** |
|---|---|---|---|
| | Name | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| | **$42,193,382.15** |
|---|---|

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BANC OF CALIFORNIA<br>ATTN: ANTHONY PIRRAGLIA AND CHRIS BAILEY<br>HOLLAND & KNIGHT<br>ONE ARTS PLAZA, 1722 ROUTH ST.<br>SUITE 1500<br>DALLAS TX 75201 | Line 2.1 | |
| COLEBROOK FINANCIAL COMPANY, LLC<br>FRANKLIN BARBOSA, JR.<br>SCHENCK, PRICE, SMITH & KING, LLP<br>220 PARK AVENUE<br>PO BOX 991<br>FLORHAM PARK NJ 07932 | Line 2.2 | |
| KEONA PALMER, ET AL.<br>JOE SOLSENG, ESQ.<br>SCHROETER GOLDMARK & BENDER<br>401 UNION STREET, SUITE 3400<br>SEATTLE WA 98101 | Line 2.3 | |
| KEONA PALMER, ET AL.<br>PHILLIP D. BERGER, ESQ.<br>BERGER LAW GROUP, P.C.<br>919 CONESTOGA ROAD, BUILDING 3, STE 114<br>BRYN MAWR PA 19010 | Line 2.3 | |
| KEONA PALMER, ET AL.<br>DAVID C. RICCI, ESQ.<br>LAW OFFICE OF DAVID C. RICCI, LLC<br>51 JFK PARKWAY, FIRST FLOOR WEST<br>SHORT HILLS NJ 07078 | Line 2.3 | |

**Fill in this information to identify the case:**

Debtor name **Flagship Resort Development Corporation**

United States Bankruptcy Court for the: **District of New Jersey (Camden)**

Case number (if known) **25-15047**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | UNDETERMINED | UNDETERMINED |
| | CITY OF ATLANTIC CITY TAX COLLECTOR 1301 BACHARACH BLVD, 1ST FLOOR ATLANTIC CITY NJ 08401 | ☑ Contingent ☑ Unliquidated ☑ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 8 | ☑ No ☐ Yes | | |
| 2.2 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | UNDETERMINED | UNDETERMINED |
| | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA PA 19101-7346 | ☑ Contingent ☑ Unliquidated ☑ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 8 | ☑ No ☐ Yes | | |

| Debtor | **Flagship Resort Development Corporation** | | Case number (if known) | **25-15047** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.3 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

NEW JERSEY DIVISION OF TAXATION
COMPLIANCE & ENFORCEMENT - BAN
3 JOHN FITCH WAY, 5TH FLOOR
P.O. BOX 245
TRENTON NJ 08695-0245

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

■ No
☐ Yes

| 2.4 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

NJ DIVISION OF ALCOHOLIC BEVERAGE
CONTROL
140 EAST FRONT STREET
PO BOX 087
TRENTON NJ 08625-0087

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

■ No
☐ Yes

| Debtor | **Flagship Resort Development Corporation** | Case number (if known) | **25-15047** |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>2000 BRUCE KAYE DYNASTY<br>17749 COLLINS AVENUE, PH 41<br>NORTH MIAMI BEACH FL 33160<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>INTEREST DUE FROM ESOP NOTE</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$11,322.89** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br><br>AEGIS TRUST COMPANY LLC<br>7200 HIGHWAY 278 NE<br>SUITE 205<br>COVINGTON GA 30014<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>TRADE</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$3,000.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br><br>AFLAC<br>PO BOX 535178<br>PITTSBURGH PA 15253<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>TRADE</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$1,596.36** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br><br>ALICEA CASTELLANOS, ET AL.<br>C/O ANDREW M. MILZ<br>FLITTER MILZ, PC<br>1814 EAST RT 70, SUITE 350<br>CHERRY HILL NJ 08003<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** <u>LITIGATION</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **UNDETERMINED** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br><br>AVA VENTRESCA<br>C/O STARK & STARK<br>PO BOX 5315<br>ATTN CHRISTOPER P WEIDMAN<br>PRINCETON NJ 08543<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** <u>LITIGATION</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **UNDETERMINED** |

| Debtor | **Flagship Resort Development Corporation** | Case number (if known) | 25-15047 |
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.6** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$63,607.05

CONCORD SERVICING LLC
PO BOX 78843
PHOENIX AZ 85062-8843

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$235,468.61

COOPER LEVENSON
1125 ATLANTIC AVENUE
ATLANTIC CITY NJ 08401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$1,500.00

CZAR MARKETING GROUP LLC
7730 WEST SAHARA AVENUE, SUITE 103
LAS VEGAS NV 89117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$16,105.18

DEBORAH KAYE
Address on File

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>INTEREST DUE FROM ESOP NOTE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$11,353.84

DENNIS A. RICHARD
Address on File

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>INTEREST DUE FROM ESOP NOTE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

| Debtor | **Flagship Resort Development Corporation** | Case number (if known) | **25-15047** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,398.28** |
| | | ☐ Contingent | |
| | ERWIN J LYONS& ASSOCIATES LLC | ☐ Unliquidated | |
| | 125 GARNETT LANE | ☐ Disputed | |
| | EGG HARBOR TOWNSHIP NJ 08234 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,628.86** |
|---|---|---|---|
| | | ☐ Contingent | |
| | EXPERIAN | ☐ Unliquidated | |
| | P.O. BOX 841971 | ☐ Disputed | |
| | LOS ANGELES CA 90084-1971 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,103.35** |
|---|---|---|---|
| | | ☐ Contingent | |
| | FEDWAY | ☐ Unliquidated | |
| | PO BOX 651 | ☐ Disputed | |
| | BASKING RIDGE NJ 07920 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,581,000.00** |
|---|---|---|---|
| | FLAGSHIP CONDOMINIUM OWNERS | ☐ Contingent | |
| | ASSOCIATION | ☐ Unliquidated | |
| | C/O HUESTON MCNULTY, P.C. | ☐ Disputed | |
| | 256 COLUMBIA TURNPIKE, SUITE 207 | | |
| | FLORHAM PARK NJ 07932 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>PROMISSORY NOTE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$150,000.00** |
|---|---|---|---|
| | FRANK TORCASIO | ■ Contingent | |
| | C/O GRAHAM F. BAIRD, ESQ. | ■ Unliquidated | |
| | THE LAW OFFICES OF ERIC A. SHORE, P.C. | ■ Disputed | |
| | 1500 JFK BOULEVARD, SUITE 1240 | | |
| | PHILADELPHIA PA 19102 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>LITIGATION</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| Debtor | **Flagship Resort Development Corporation** | Case number (if known) | 25-15047 |
| --- | --- | --- | --- |
| | Name | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,000.00 |

GLOBAL PROSPECTS INC
22107 ELMIRA BLVD., UNIT B
PORT CHARLOTTE FL 33952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $800.00 |

HANNAFIN CONSULTING
12 LAUREL WAY
PO BOX 466
NORFOLK CT 06058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $4,240.99 |

IRON MOUNTAIN RECORDS MGMT
PO BOX 27128
NEW YORK NY 10087-7128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $373.33 |

J&J DISTRIBUTORS
P.O. BOX 7000
ELIZABETH NJ 07207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $328.62 |

JASON KAYE
Address on File

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>INTEREST DUE FROM ESOP NOTE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

| Debtor | **Flagship Resort Development Corporation** | | Case number (if known) | **25-15047** |
| | Name | | | |

|  | | | **Amount of claim** |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
| | JOSEPH YACOVONE<br>C/O RICHARD DITOMASO, ESQ.<br>DITOMASO LAW<br>901 ROUTE 38<br>CHERRY HILL NJ 08002 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** LITIGATION | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,468,000.00** |
| | LASAMMANA CONDOMINIUM OWNERS ASSOCIATION<br>C/O HUESTON MCNULTY, P.C.<br>256 COLUMBIA TURNPIKE, SUITE 207<br>FLORHAM PARK NJ 07932 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** PROMISSORY NOTE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
| | MICHAEL LANTYCH, ET AL.<br>C/O ANDREW M. MILZ, ESQ.<br>FLITTER MILZ, P.C.<br>1814 EAST RT. 70, SUITE 350<br>CHERRY HILL NJ 08003 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** LITIGATION | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,000.00** |
| | MONSTER RESERVATIONS GROUP<br>PO BOX 14158<br>MYRTLE BEACH SC 29587 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$49,935.00** |
| | OCEAN CASINO & RESORT<br>500 BOARDWALK<br>ATLANTIC CITY NJ 08401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| Debtor | **Flagship Resort Development Corporation** | Case number (if known) | **25-15047** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

OCEAN CASINO & RESORT
500 BOARDWALK
ATLANTIC CITY NJ 08401

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>POTENTIAL VOUCHER PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,653.22** |
|---|---|---|---|

OFFICE BASICS CO
P.O. BOX 2230
READING PA 19601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$20,000.00** |
|---|---|---|---|

ONE AGENCY
15900 N 78TH STREET, STE 100
SCOTTSDALE AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,500.00** |
|---|---|---|---|

PROMOTIONAL MARKETING DESIGN &
CONSULTIN
3363 EASTRIDGE ROAD
LAS CRUCES NM 88005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$20,000.00** |
|---|---|---|---|

RCI
PO BOX 2099
CARMEL IN 46082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

| Debtor | **Flagship Resort Development Corporation** | Case number (if known) | **25-15047** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,252,000.00** |
|---|---|---|---|

ROYAL SUITES INTERVAL OWNERS
ASSOCIATION
C/O HUESTON MCNULTY, P.C.
256 COLUMBIA TURNPIKE, SUITE 207
FLORHAM PARK NJ 07932

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>PROMISSORY NOTE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$58,337.24** |
|---|---|---|---|

STEVENS & LEE
PO BOX 679
READING PA 19603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$628.15** |
|---|---|---|---|

TAYLOR PRODUCTS
255 RARITAN CENTER PKWY
EDISON NJ 08837

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,339.17** |
|---|---|---|---|

TOSHIBA AMERICAN BUSINESS SOLU
PO BOX 418600
BOSTON MA 02241-8600

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,383.80** |
|---|---|---|---|

TOSHIBA FINANCIAL SERVICES
PO BOX 070241
PHILADELPHIA PA 19176-0241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

| Debtor | **Flagship Resort Development Corporation** | Case number (if known) | **25-15047** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$333.32**

TRANSAMERICA EMPLOYEE BENEFITS
PO BOX 653005
DALLAS TX 75265-3005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

UEREQUENIA PEREIRA/YADIRA MONTERO
257A MATCHAPONIX AVENUE
MONROE TOWNSHIP NJ 08831

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$756.81**

UNITED PARCEL SERVICE
PO BOX 650116
DALLAS TX 75265-0116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$471.36**

US BANK
P.O. BOX 70870 CM-9690
SAINT PAUL MN 55170-9690

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>FINANCE CHARGES</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,096.41**

VERIZON WIRELESS
PO BOX 408
NEWARK NJ 07101-0408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Flagship Resort Development Corporation** | | Case number (if known) | 25-15047 |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

VIRGINIA FAIRLIE
C/O THOMAS J. VESPER, ESQ.
WESTMORELAND VESPER & QUATTRONE
8025 BLACK HORSE PIKE, SUITE 500
ATLANTIC CITY NJ 08401

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**Basis for the claim:** <u>LITIGATION</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$10,000.00** |
|---|---|---|---|

WATERFRONT TOURS
1112 DENMAN VALLEY STREET
HENDERSON NV 89002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

| Debtor | **Flagship Resort Development Corporation** | | Case number (if known) | **25-15047** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
| --- | --- | --- |

| Debtor | **Flagship Resort Development Corporation** | | Case number (if known) | **25-15047** |
|---|---|---|---|---|
| | Name | | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **Undetermined** |
| **5b. Total claims from Part 2** | 5b. + | $ | **8,988,261.84** <br> **plus undetermined amounts** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | **8,988,261.84** <br> **plus undetermined amounts** |

**Fill in this information to identify the case:**

Debtor name        **Flagship Resort Development Corporation**

United States Bankruptcy Court for the:        **District of New Jersey (Camden)**

Case number (if known)        **25-15047**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING TOURS | |
| | State the term remaining | MONTH TO MONTH | |
| | List the contract number of any government contract | | BERT BLICHER<br>ADDRESS ON FILE |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | ALLOCATION OF EXPENSES AGREEMENT | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | BKRP LLC<br>FANTASEA RESORTS<br>THE FLAGSHIP<br>60 N. MAINE AVENUE<br>ATLANTIC CITY NJ 08401-0000 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | ALLOCATION OF EXPENSES AGREEMENT | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | BOARDWALK MANAGEMENT LLC<br>FANTASEA RESORTS<br>THE FLAGSHIP<br>60 N. MAINE AVENUE<br>ATLANTIC CITY NJ 08401-0000 |

| Debtor | **Flagship Resort Development Corporation** | | Case number (if known) | **25-15047** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | SERVICING OF LOANS | |
|---|---|---|---|
| | State the term remaining | 08/10/2025 | CONCORD SERVICING LLC<br>P.O. BOX 78843<br>PHOENIX AZ 85062-8843 |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING TOURS | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | CZAR MARKETING GROUP LLC<br>7730 WEST SAHARA AVENUE<br>SUITE 103<br>LAS VEGAS NV 89117 |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | ALLOCATION OF EXPENSES AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 12/31/2025 | FANTASEA RESORTS MANAGEMENT CO INC<br>FANTASEA RESORTS<br>THE FLAGSHIP<br>60 N. MAINE AVENUE<br>ATLANTIC CITY NJ 08401-0000 |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | ALLOCATION OF EXPENSES AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 12/31/2025 | FIRST RESORTS MANAGEMENT COMPANY<br>FANTASEA RESORTS<br>THE FLAGSHIP<br>60 N. MAINE AVENUE<br>ATLANTIC CITY NJ 08401-0000 |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING TOURS | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | GLOBAL PROSPECTS INC<br>1717 TAMIAMI TRAIL<br>SUITE 505<br>PORT CHARLOTTE FL 33948 |
| | List the contract number of any government contract | | |

| Debtor | **Flagship Resort Development Corporation** | | Case number (if known) | **25-15047** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTANT | |
|---|---|---|---|
| | State the term remaining | 12/31/2025 | JAMES CASEY |
| | List the contract number of any government contract | | ADDRESS ON FILE |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | ALLOCATION OF EXPENSES AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 12/31/2025 | MARINA TITLE CORP |
| | List the contract number of any government contract | | FANTASEA RESORTS<br>THE FLAGSHIP<br>60 N. MAINE AVENUE<br>ATLANTIC CITY NJ 08401-0000 |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | LOAN THIRD PARTY COLLECTIONS | |
|---|---|---|---|
| | State the term remaining | 08/14/2025 | MERIDIAN FINANCIAL SERVICES |
| | List the contract number of any government contract | | 1636 HENDERSONVILLE ROAD<br>SUITE 135<br>ASHVILLE NC 28803 |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING TOURS | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | MONSTER RESERVATION GROUP |
| | List the contract number of any government contract | | 4503 SOCASTEE BLVD<br>UNITS A-D<br>MYRTLE BEACH SC 29588 |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING CERTS | |
|---|---|---|---|
| | State the term remaining | 09/30/2025 | OCEAN CASINO & RESORT |
| | List the contract number of any government contract | | 500 BOARDWALK<br>ATLANTIC CITY NJ 08401 |

| Debtor | **Flagship Resort Development Corporation** | | Case number (if known) | 25-15047 |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | CLUB BOARDWALK EXCHANGE | |
| | **State the term remaining** | 12/31/2028 | RCI<br>P.O. BOX 2099<br>CARMEL IN 46082 |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING SPACE LEASE | |
| | **State the term remaining** | MONTH TO MONTH | SHOWBOAT RENAISSANCE LLC<br>1719 RITTENHOUSE SQUARE<br>PHILADELPHIA PA 19103 |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING TOURS | |
| | **State the term remaining** | MONTH TO MONTH | WATERFRONT VACATION TOURS LLS<br>1504 6TH AVENUE<br>PLEASANTVILLE NJ 08232 |
| | **List the contract number of any government contract** | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Flagship Resort Development Corporation</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>District of New Jersey (Camden)</strong></td></tr>
<tr><td>Case number (if known)</td><td><strong>25-15047</strong></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | FANTASEA RESORTS GROUP, INC. | 60 N MAINE AVENUE ATLANTIC CITY NJ 08401 | BANC OF CALIFORNIA | ■ D  2.1<br>☐ E/F<br>☐ G |
| 2.2 | FANTASEA RESORTS GROUP, INC. | 100 RIVERVIEW CENTER, SUITE 203 MIDDLETOWN CT 06457 | COLEBROOK FINANCIAL COMPANY, LLC | ■ D  2.2<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Flagship Resort Development Corporation** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY (CAMDEN) |
| Case number (if known) | **25-15047** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 16, 2025**          X /s/ Cherie Parks
_____                         _____
                                        Signature of individual signing on behalf of the debtor

                                        **Cherie Parks**
                                        _____
                                        Printed name

                                        **Chief Financial Officer**
                                        _____
                                        Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**