| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin, Jr., Esq. (wjmartin@pbnlaw.com)<br>Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)<br>Christopher P. Mazza, Esq. (cpmazza@pbnlaw.com)<br><br>*Counsel to Debtor and Debtor-In-Possession* | Order Filed on October 30, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>FLAGSHIP RESORT DEVELOPMENT CORPORATION,[1]<br><br>Debtor. | Chapter: 11<br><br>Case No.: 25-15047 (JNP) |

**ORDER DENYING LAWSUIT PLAINTIFFS' MOTION FOR (I) CLARIFICATION OF THE ORDER (A) AUTHORIZATION THE DEBTOR TO ENTER INTO AN ASSET PURCHASE AGREEMENT, (B) APPROVING THE ASSET PURCHASE, AND (C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF THE ASSUMED CONTRACTS ("SALE ORDER") OR IN THE ALTERNATIVE (II) RECONSIDERATION OF THE SALE ORDER**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: October 30, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number is: Flagship Resort Development Corporation, a New Jersey corporation (1067). The location of the Debtor's service address is: 60 North Maine Avenue, Atlantic City, NJ 08401.

10045544

| | |
|---|---|
| Page | 2 |
| Debtor: | FLAGSHIP RESORT DEVELOPMENT CORPORATION |
| Case No.: | 25-15047 (JNP) |
| Caption of Order: | ORDER DENYING LAWSUIT PLAINTIFFS' MOTION FOR (I) CLARIFICATION OF THE ORDER (A) AUTHORIZING THE DEBTOR TO ENTER INTO AN ASSET PURCHASE AGREEMENT, (B) APPROVING THE ASSET PURCHASE AGREEMENT, AND (C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF THE ASSUMED CONTRACTS ("SALE ORDER") OR IN THE ALTERNATIVE (II) RECONSIDERATION OF THE SALE ORDER |

Upon consideration of the motion (the "Motion")[2] filed by the Lawsuit Plaintiffs in the above-captioned chapter 11 case (the "Chapter 11 Case") of the debtor and debtor in possession (the "Debtor"), pursuant to sections 105 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rule 9024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order seeking clarification of the Sale Order or, in the alternative, reconsideration of the Sale Order [Docket No. 333]; and the Court having reviewed and considered the (i) *Debtor's Objection to the Lawsuit Plaintiffs': (I) Motion For Clarification/Reconsideration of the Sale Order Approving the Asset Purchaser Agreement, and (II) Order to Show Cause Seeking Temporary Restraints* [Docket No. 355], (ii) *Joinder and Statement in Support of Debtor's Objection to the Lawsuit Plaintiffs': (I) Motion for Clarification/Reconsideration of the Sale Order Approving the Asset Purchase Agreement, and (II) Order to Show Cause Seeking Temporary Restraints* [Docket No. 356], (iii) *Joinder of the Official Committee of Unsecured Creditors to the Debtor's and Lenders' Objections to Lawsuit Plaintiffs' Motion for (I) Clarification of the Sale Order, or in the Alternative, (II) Reconsideration of the Sale Order* [Docket No. 357], (iv) *Joinder and Reservation of Rights of DIP Lender and Receivables Lender, Colebrook Financial Company, LLC, Regarding Debtor's Objection to the Lawsuit Plaintiffs': (I) Motion for Clarification/Reconsideration of the Sale Order Approving the Asset Purchase Agreement, and (II) Order to Show Cause Seeking Temporary Restraints* [Docket No. 358], (v) *Joinder and Statement in Support of Debtor's Objection to the Lawsuit Plaintiffs: (I)*

---

[2] Capitalized terms used but not defined herein have the meanings given to such terms in the Motion.

10045544

| | |
|---|---|
| Page | 3 |
| Debtor: | FLAGSHIP RESORT DEVELOPMENT CORPORATION |
| Case No.: | 25-15047 (JNP) |
| Caption of Order: | ORDER DENYING LAWSUIT PLAINTIFFS' MOTION FOR (I) CLARIFICATION OF THE ORDER (A) AUTHORIZING THE DEBTOR TO ENTER INTO AN ASSET PURCHASE AGREEMENT, (B) APPROVING THE ASSET PURCHASE AGREEMENT, AND (C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF THE ASSUMED CONTRACTS ("SALE ORDER") OR IN THE ALTERNATIVE (II) RECONSIDERATION OF THE SALE ORDER |

*Motion for Clarification/Reconsideration of the Sale Order Approving the Asset Purchase Agreement, and (II) Order to Show Cause Seeking Temporary Restraints* [Docket No. 359], and (vi) *Lawsuit Plaintiffs' Omnibus Reply to Objections Filed to Lawsuit Plaintiffs' Motion for (I) Clarification of the Order (A) Authorizing the Debtor to Enter Into an Asset Purchase Agreement, (B) Approving the Asset Purchase Agreement, and (C) Authorizing the Assumption and Assignment of the Assumed Contracts ("Sale Order") or in the Alternative (II) Reconsideration of the Sale Order* [Docket No. 363]; and a hearing and oral argument having been held on October 14, 2025, and the Court having issued a decision on the record on October 23, 2025 [Docket No. 373] (the "<u>Decision</u>") and for all the reasons set forth in the Decision, it is hereby

1. **ORDERED** that the Motion is hereby DENIED.

10045544